# **EXHIBIT 6**

Hearing Date: 12/5/2018 9:30 AM - 9:30 AM
Courtroom Number: Case: 1:19-cv-05113 Document #: 1-6 Filed: 07/30/19 Page 2 of 3 PageID #:131
Location:

FILED
11/16/2018 3:53 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018CH11144

FILED DATE: 11/16/2018 3:53 PM 2018CH11144

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2004-IP2, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-IP2,<br>    PLAINTIFF,<br><br>VS.<br><br>LAUREN M BERG; LOIS I BERG; ROBERT D BERG; MCHENRY SAVINGS BANK; WINCHESTER LANE NORTH HOMEOWNERS' ASSOCIATION; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,<br>    DEFENDANTS. | NO. 18 CH 11144<br>78 CARIBOU CROSSING<br>NORTHBROOK, IL 60062<br>CALENDAR<br>62 |

## MOTION TO APPOINT SELLING OFFICER

NOW COMES Plaintiff, Deutsche Bank National Trust Company, as Trustee for Residential Asset Securitization Trust 2004-IP2, Mortgage Pass-Through Certificates Series 2004-IP2 (herein after "Plaintiff"), by and through its attorney, McCalla Raymer Leibert Pierce, LLC, and moves this Court, for an order to Appoint a Special Selling Officer, and, in support of its position, states as follows:

1. Plaintiff moves to appoint a special selling officer to conduct the judicial sale of the subject property in accordance with 735 ILCS §5/15-1507, et seq.

2. Plaintiff wishes to appoint The Judicial Sales Corporation ("JSC") as the Special Selling Officer as it is duly authorized to conduct sales in the state of Illinois. JSC will engage Ten-X LLC as an independent contractor to implement and perform a national marketing platform to expand the market of third party bidders. The marketing platform will include sale information on a national website, direct mail marketing, print media marketing, radio marketing, and localized advertising in specific communities.

3. The cost of said marketing platform and services provided by TEN-X LLC shall be solely borne by the plaintiff or TEN-X LLC, and shall not be an added post judgment expense to the borrower. JSC will conduct the Judicial Sales and all proceeds of sale shall be held by JSC. JSC will provide all other services pursuant to 735 ILCS 5/15-1507 &1508 at same fee as all previous appointments.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order Appointing Judicial Sales Corporation as the Special Selling Officer with the authority to engage Ten-X LLC to market the judicial sale of the real estate subject to this cause of action, and for any other relief this Court deems as Just.

                Respectfully Submitted,

Deutsche Bank National Trust Company, as Trustee for Residential Asset Securitization Trust 2004-IP2, Mortgage Pass-Through Certificates Series 2004-IP2
By: /s/Jorie Johnson - ARDC# 6325695
Electronically signed on 11/14/2018.

McCalla Raymer Leibert Pierce, LLC, Attorney for Plaintiff; Firm ID: 61256
Address: 1 N. Dearborn St. Suite 1200, Chicago, IL 60602
Ph. (312) 346-9088; Email: pleadings@mccalla.com
File No. 267221-166038

Pursuant to IL Supreme Court Rule 11 electronic mail (e-mail) notice shall be sent to McCalla Raymer Leibert Pierce, LLC at **pleadings@mccalla.com**

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC. McCalla Raymer Pierce, LLC and Hunt Leibert Jacobson P.C. combined Firms to form the Firm McCalla Raymer Leibert Pierce, LLC.**

**This communication is from a debt collector.**